# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Cristhian Ron Rodriguez Cruz

                       Plaintiff,

v.                                                Case No.: 1:21−cv−04687
                                                   Honorable John J. Tharp Jr.

Angry Crab Corporation, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 13, 2022:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's unopposed motion for settlement approval of FLSA claims and for dismissal with prejudice [40] is granted. Enter order. This matter is concluded. All future dates and deadlines are stricken; any pending motions are denied as moot. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.